So Ordered.

Dated: August 10, 2022



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Ceria Latrese Bellinger,   Chapter 13

Debtor.   Case No. 22-22123-KMP

**ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

On July 11, 2022, 21st Mortgage Corporation, its successors, servicing agents and/or assignees ("Creditor") filed a motion for relief from the 11 U.S.C. §362(a) stay to pursue its lien rights in 5730 N. 96th Street, Milwaukee, Wisconsin. The Creditor and the Debtor have agreed to resolve the motion. A copy of their agreement is attached to this order.

Based on the record and the attached agreement, **IT IS ORDERED**:

The stay imposed by 11 U.S.C. §362(a) is modified to the extent necessary to give effect to the conditions stated in the agreement attached to this order. The motion is otherwise denied.

This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

# # # # #

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Ceria Latrese Bellinger,    Case No. 22-22123-kmp
      Debtors    Chapter 13

---

**STIPULATION TO RESOLVE MOTION
FOR RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT
AS TO REAL PROPERTY LOCATED AT
5730 N. 96TH STREET, MILWUKEE, WISCONSIN**

---

To resolve the motion for relief from the automatic stay and abandonment filed by 21st Mortgage Corporation, its successors and/or assignees ("Movant"), with respect to the property located at 5730 N. 96th Street, Milwaukee, Wisconsin (the "Property"), Movant and Debtor, by their respective undersigned counsel, stipulate as follows:

1. The renewed motion will be denied, subject to the following conditions.

2. On or before 8/31/2022, Debtor will make a payment of $ 1,187.19 directly to Movant.

3. Movant may file a supplemental claim in the amount of $1,238.00, itemized as follows:

| | |
|---|---|
| Attorney fees: motion for relief: | $ 1,050.00 |
| Filing fee: motion for relief: | $   188.00 |
| Total supplemental claim: | $ 1,238.00 |

4. Commencing with the September 1, 2022 payment, and continuing through and including the February 1, 2023 payment, the Debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 15th

day after the payment date.  In the event any such payment is not received in a timely manner, the Movant, its servicing agent or its counsel may submit evidence of default and a proposed order for immediate relief from the automatic stay to the court for signature.

5. This is a stipulation to a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is therefore subject to this district's Uniform Procedure for Doomsday Orders.  This doomsday provisions apply to the payments in paragraphs 2 and 4 above.

6. Thereafter, the Debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the 15th day after the payment date. In the event any such payment is not received in a timely manner, counsel for the movant may renew the motion by letter, and the motion will be granted unless Debtor files an objection requesting a hearing within 14 days of the motion renewal.

7. Any further order granting Movant relief from the automatic stay as to the real property at issue shall also constitute abandonment pursuant to 11 U.S.C. § 554(b).

8. The next regular monthly payment due is the 9/1/2022 payment.

9. Pending further notice, the monthly mortgage payment is $ 828.20, and payments shall be made to the Movant c/o 21st Mortgage Corporation., PO Box 477, Nashville, TN  37901.

Dated:     8/9/2022                                Dated: _____

ATTORNEY BRYAN WARD LLC
Counsel for Movant

_____
Bryan M. Ward

GERACI LAW LLC
Counsel for Debtors

_____
Kathryn K. MacKenzie

3